NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**TRUCKLA SERVICES, INC.,**
*Appellant*

**v.**

**UNITED STATES ARMY CORPS OF ENGINEERS,**
*Appellee*

_____

2017-2080

_____

Appeal from the Armed Services Board of Contract Appeals in Nos. 57564, 57752, Administrative Judge Elizabeth W. Newsom, Administrative Judge Mark N. Stempler, Administrative Judge Owen C. Wilson, Administrative Judge Richard Shackleford.

_____

**JUDGMENT**

_____

KENT B. RYAN, The Miller Law Firm, Paducah - New Orleans, PLLC, New Orleans, LA, argued for appellant.

VERONICA NICOLE ONYEMA, Commercial Litigation Branch, Civil Division, United States Department of Justice, Washington, DC, argued for appellee. Also represented by ROBERT EDWARD KIRSCHMAN, JR., PATRICIA M. MCCARTHY, CHAD A. READLER.

———————————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

    PER CURIAM (MOORE, O'MALLEY, and WALLACH, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT


  July 10, 2018              /s/ Peter R. Marksteiner
      Date                    Peter R. Marksteiner
                             Clerk of Court